1
2
3
4
5                UNITED STATES DISTRICT COURT
6                EASTERN DISTRICT OF WASHINGTON
7

| | |
|---|---|
| STEVEN E. THIEL,<br><br>               Plaintiff,<br><br>   v.<br><br>KENNEWICK POLICE DEPARTMENT; CITY OF KENNEWICK; CHIEF KEN HOHENBERG; OFFICER GLENN BALL; and JOHN DOE,<br><br>               Defendants. | NO: CV-10-05041-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE the Court is the parties' Stipulation for Order to Dismiss with Prejudice (Ct. Rec. 9). Having reviewed said motion and the file and pleadings therein, the Court deems itself otherwise fully advised in the premises. Accordingly,

**IT IS HEREBY ORDERED:**

1. The parties' Motion for Dismissal with Prejudice (**Ct. Rec. 9**) is

    **GRANTED**. Plaintiff's Complaint and any and all counterclaims and/or

    cross-claims are dismissed with prejudice and without costs to any party.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

2.  All pending motions, if any, are **DENIED AS MOOT**.

3.  All scheduled court hearings, if any, are **STRICKEN**.

The District Court Executive is directed to enter this Order, provide copies to counsel, and **CLOSE** this file.

**DATED** this 20th day of January, 2011.

                    *s/ Rosanna Malouf Peterson*
                    ROSANNA MALOUF PETERSON
                    United States District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2